UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-01946-JPH-MJD ) |
| DANA TOWNSEND as the Personal Representative of Wrongful Death Estate of Charles Sparks, Deceased, | ) ) ) ) ) |
| Defendant. | ) |

**ORDER CONSOLIDATING CASES**

On December 14, 2020, the Court issued an Order to Show Cause why this case should not be consolidated with another case before the Court, *Townsend v. Liberty Mutual Insurance Co.*, Case No. 1:20-cv-02191-JPH-MJD. The parties have filed a joint response indicating that they do not object to the consolidation. Accordingly, the Court **ORDERS** the following:

1. The Clerk is directed to **consolidate** Cause No. 1:20-cv-2191-JPH-MJD **into** 1:20-cv-1946-JPH-MJD, and to **close** 1:20-cv-2191-JPH-MJD.

2. The Clerk is directed to also docket this Order in Cause No. 1:20-cv-2191-JPH-MJD. The Clerk shall note in 1:20-cv-2191-JPH-MJD that Docket Number 34 in that case is **DENIED AS MOOT**.

3. All future filings shall be in the consolidated action and shall bear the Cause No. 1:20-cv-1946-JPH-MJD.

    4.    The approved Case Management Plan [Dkt. 16] shall remain effective in the consolidated matter.

    5.    Defendant's Motion for Enlargement of Time to File Expert Disclosures [Dkt. 33], to which there is no objection, is **GRANTED** and the Case Management Plan [Dkt. 16] is amended as follows:

### III. Pretrial Pleadings and Disclosures

G.  Notwithstanding the provisions of paragraph (F), above, if a party intends to use expert testimony in connection with a motion for summary judgment to be filed by that party, such expert disclosures must be served on opposing counsel **no later than 60 days prior to the dispositive motion deadline**. If such expert disclosures are served the parties shall confer within 7 days to stipulate to a date for responsive disclosures (if any) and completion of expert discovery necessary for efficient resolution of the anticipated motion for summary judgment. The parties shall make good faith efforts to avoid requesting enlargements of the dispositive motions deadline and related briefing deadlines. Any proposed modifications of the CMP deadlines or briefing schedule must be approved by the Court.

SO ORDERED.

Dated:  13 JAN 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.